UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 19-cr-00157-01 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| KEATON LAMAR SHAW | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Record Document 15) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the _6th_ day of ___July_____, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE